No. 00–1816. VARGA ET UX. *v.* ROCKWELL INTERNATIONAL CORP. C. A. 6th Cir. Certiorari denied.

No. 00–1820. SIMONELLI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–1821. STEVENSON, BY AND THROUGH HIS FATHER AND NEXT FRIEND, STEVENSON, ET AL. *v.* MARTIN COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1822. LYNOM *v.* WIDNALL ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–1823. CHENAULT *v.* TENNESSEE DEPARTMENT OF MENTAL HEALTH ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1824. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. *v.* FULKERSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1825. DAVIS *v.* DAVIS. Sup. Ct. Va. Certiorari denied.

No. 00–1827. WILLIAMS *v.* WATTS-WILLOWBROOK CHURCH OF CHRIST ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1828. MASON *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1830. DENNIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–1832. MALKIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–1833. VALERIO-OCHOA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 00–1834. SOUTHEAST MEDICAL CONSULTANTS, INC. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.